**STATE of Missouri, Respondent,**

v.

**Kathy SURFACE, Appellant.**

**No. WD 43054.**

Missouri Court of Appeals, Western District.

Oct. 9, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied Jan. 9, 1991.

Maureen Monaghan, Jefferson City, for appellant.

William Tackett, Asst. Pros. Atty., Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the class A misdemeanor of passing bad checks.

Affirmed. Rule 30.25(b).